IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02985-WJM-MJW

ROY ALBERT KAHN,

Petitioner,

v.

CHARLES DANIELS,

Respondent.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Applicant's Motion for Status on Respondent's Response to Order to Show Cause (Docket No. 17) is denied as moot based upon the representations made in the Response (Docket No. 19).  It is further

    ORDERED that the petitioner/applicant shall have up to and including February 24, 2012, to file a Reply to the Return to Petitioner's Writ of Habeas Corpus (Docket No. 16).

Date:   February 1, 2012