IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02985-WJM-MJW

ROY ALBERT KAHN,

Petitioner,

v.

CHARLES DANIELS,

Respondent.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the petitioner's Motion to Strike Respondent's Response to Petitioner's Writ of Habeas Corpus (DE-16), and the Declaration of Mr. Jon M. Adduci in Support (DE, 16-1) (Docket No. 21) is denied.  The s/ signature substantially complies with section 5.3(F) of the District of Colorado Electronic Case Filing Procedures (Civil Cases).

Date:   February 15, 2012